AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Ohio

**FILED**
3:52 pm Apr 13 2023
Clerk U.S. District Court
Northern District of Ohio
Youngstown

United States of America
v.
Kenneth Dwight Lindsey

*Defendant(s)*

Case No. 4:23 MJ 6073

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 13, 2023__ in the county of __Summit__ in the __Northern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 922(g)(1) | Felon in Possession of Firearms. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Elizabeth Gardner, SA, ATF
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date: 04/13/2023

*Judge's signature*

City and state: Youngstown, Ohio

Carmen E. Henderson, U.S. Magistrate Judge
*Printed name and title*